No. 88–362. WILSON ET AL. *v.* KUENZI ET AL. Sup. Ct. Mo. Certiorari denied.

No. 88–366. LEVIN ET AL. *v.* PARRILLO ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–370. MATLOCK *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 88–378. BOLING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–379. PHILLIPS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–383. DILLON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–388. FAIRNESS IN MEDIA *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–397. KAUSHIVA *v.* BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–398. PENNSYLVANIA PUBLIC UTILITY COMMISSION *v.* NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 3d Cir. Certiorari denied.

No. 88–407. VANCE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–409. FIRST NATIONAL BANK, LEXINGTON, TENNESSEE *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–425. LEVY *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–431. COMMUNITY FEDERAL SAVINGS & LOAN ASSN. *v.* DIRECTOR OF REVENUE, STATE OF MISSOURI, ET AL. Sup. Ct. Mo. Certiorari denied.

No. 88–439. LEONETTI ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.